IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : 1:19CR168-1 |
| DANIEL GRANT COWART | : |

The United States Attorney charges:

COUNT ONE

On or about June 6, 2018, in the County of Cabarrus, in the Middle District of North Carolina, DANIEL GRANT COWART knowingly and intentionally did unlawfully possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of d-methamphetamine hydrochloride, a Schedule II, controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

COUNT TWO

On or about June 6, 2018, in the County of Cabarrus, in the Middle District of North Carolina, DANIEL GRANT COWART, having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in commerce and affecting commerce a firearm, that is,

a Walther .22 caliber handgun; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION

1. The factual allegations contained in this Information are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

2. Upon conviction of one or more of the offenses alleged in this Information, the defendant, DANIEL GRANT COWART, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, all right, title and interest in and to any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violation.

3. The property subject to forfeiture pursuant to paragraph 2 above may include, but shall not be limited to, the following:

   a. Walther .22 caliber handgun, model P-22, serial number L131047.

2

All in accordance with Title 21, United States Code, Section 853, Rule 32.2(a), Federal Rules of Criminal Procedure, and Title 28, United States Code, Section 2461(c).

DATED: April 26, 2019

_____
MATTHEW G.T. MARTIN
United States Attorney

_____
BY: TANNER L. KROEGER
Assistant United States Attorney

3