# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA   )
)
vs.   )
)     **SENTENCING DOCUMENTS INDEX**
)     **Docket No.: 0418 1:19CR00168-1**
)
Daniel Grant Cowart   )
)
_____)

### SENTENCING DOCUMENTS INDEX

## LETTERS

1.  Michele Cowart – Wife                  Pages 1-4

2.  Daniel Cowart                         Pages 5-6

3.  William Cowart – Father           Page 7

4.  Jackie Cowart – Mother           Page 8

5.  Jannice Gunnin – Sister           Pages 9-13

6.  Amanda Cowart – Sister          Page 14

7.  Jackie Davis – Sister-in-Law      Pages 15-16

8.  Keith Hubbard – Brother-in-Law   Page 17

9.  Emilee Arnold – 18-Year-Old Stepdaughter   Page 18

10. Gage Arnold – 19-Year-Old Stepson   Page 19

11. Casey Cooper – Cousin          Page 20

12. Denise Cooper – Cousin         Pages 21-22

13. Tory &Deborah Bell (Brynlee's Grandparents)   Page 23

14. Robert Almond – Elementary School Principal   Pages 24-25

**SENTENCING DOCUMENTS INDEX, con.**

15. Billy Ledford – Business Associate      Page 26

16. Johnny Meadows – Employee (20 Years)      Page 27

17. Tony Howard (Lead Man – 20 Years)      Page 28

18. Heidi Collis – Employee      Pages 29-30

19. Howard Smith – Friend of 20 Years      Page 31

### PHOTOS

1. **Daniel Cowart's Family**      Page 32
   Gage Arnold (stepson), Michele Cowart (wife),
   Daniel Cowart, Emilee Arnold (stepdaughter),
   Brynlee Bell (daughter), and Dakota Cowart (daughter)

2. **Daniel's Home**      Page 33

3. **Cowart Industrial Millwrights**      Page 34

4. **Mr. Cowart working at poultry plant in Elburton, Georgia**      Page 35
   Picture of an Ammonia Blast Tunnel Oven that had to be
   removed in one piece so the new one could be installed.
   The job was at the poultry plant "Pilgrims Pride" in Elburton,
   They did it job in two days!



# CIM

### COWART'S INDUSTRIAL MILLWRIGHTS,

DANIEL COWART, OWNER
E-mail wlc8550@aol.com
706-224-6802



861 WASHINGTON RD.
LEXINGTON, GA 30648

PHONE: 706-743-8550
FAX: 706-743-3365

To Whom It May Concern,

My name is Michele H. Cowart, I am the wife of Daniel G. Cowart We reside at 142 Steven's Grove Church Road, Lexington, Ga. I have owned this property since 1992 and this is where we have made our home. Daniel and I began a relationship in 2013 although I have known his Family most of my life. On April 18,2015 Daniel and I were married in a Beautiful lakeside wedding on his Fathers farm surrounded by many Family and Friends. He and I together share 4 children. I have 2 children by a previous marriage Emilee Arnold now 18 and Gage Arnold Now19 and Daniel has a daughter now 7. However 2 weeks after our wedding my great niece Brynlee then 2 months old loss her Father so Daniel and I obtained custody of her and have raised her as our own for the past 4 years. Daniel is A special kind of man. He has this ability about him that brings out the good in everyone he is around. When God bought Daniel into my life it was a very difficult time for us both, I was married and had 3 children. In May 2007 My oldest son Eric who was 16 at the time was diagnosed with a Terminal Illness called Lafora, A Neurological disorder that caused him to have uncontrollable seizures. Over the course of 6 years he lost his ability to Walk, Talk, or Eat. He became bed ridden and had to be tube fed, He was my entire world and I gave him all the care he needed but sadly on June 13, 2013 he lost his battle and God called him home. Only two months before on April 2, 2013 My mom lost her battle with stage 4 breast cancer. Needless to say I was

devastated. After only 3 weeks my husband of over 20 years left, My grief was too much for him so I was left alone to pick up the pieces. It wasn't easy and I reached a point where I'd loss the will to go on and That is when God brought Daniel into my life. Daniel at that time was battling his own demon, his addiction with Methamphetamine and although he was struggling with getting sober again, He stepped in and was the missing piece for me and my kids. I was aware what Daniel was going through with his addiction but I also knew the man he was before and after drugs but it was almost like God knew we both needed the other. Daniel allowed me to grieve and to lean on him when I had no one else. He showed myself and my children what it was like to be loved, to be ourselves, He opened up his heart to my children like they were his own, While still being a Father to his own daughter. He Changed our lives in a way we had never known before (as my previous marriage was one of both mental and physical abuse) Daniel showed me how to live again and to love again and that it was okay that I lived although my son didn't. I know I wouldn't be here today if it wasn't for Daniel, He was our Saving Grace. Shortly after our marriage my daughter wrote Daniel a letter thanking him for saving her moms life. After our relationship began Daniel, still going through a hard time of his own had to be Incarcerated for a period of time, I continued to support him and be there for him just as he had been for us. Once he was released the following year we were married. Life was great, Daniel continued to work for his Fathers company, Cowart's Industrial Millwrights, Inc. a company that Daniel had been a dedicated worker for and helped build over the years since he graduated high school. Because of his hard work, Determination and his leadership qualities Daniel was given the opportunity to Purchase the company and He proudly accepted and on January 2018 Daniel became owner of Cowart's Industrial Millwrights. He employ's between 12-18 People every week. Daniel has worked as many as 80 plus hours a week never complaining but always striving to provide for his Family, Always putting his responsibilities first.

2

Making sure everyone else was taken care of. He wanted his Company to not only benefit his family but other families as well believing everyone deserves a second chance just as he had been given. However, Being an addict there is always the chance of a relapse and I regret to say that in late 2017 after 4 years of sobriety Daniel did just that , He allowed himself around the wrong people and although his heart was in the right place the temptation proved too much for him and his choice to participate was one that would change our lives forever. Although he was an active user again Daniel managed to continue to work and be with family and continue being a dedicated leader until June 2018. We had a job at a plant in North Carolina and it was there that his clouded judgement would change the course of our lives. As his wife I was not only hurt but embarrassed and disappointed .We are good people with good lives and I couldn't understand how this could happen to our family, but the answer was Daniel is an addict and being an addict you make bad choices because it's not the "sober" person that is thinking. I left that morning and drove to Carolina and posted his bail and we made the 5 hour trip home mostly in silence as we both were filled with a lot of emotions. From the beginning Daniel accepted responsibility for his actions. He has admitted what he done and knows it was wrong. The admission of guilt or wrong doings is one of the hardest part of being an addict. He and I together have been to every court hearing, every scheduled meeting and now He is prepared to pay for his mistake. I truly believe this situation has been a wake up call for Daniel, His acceptance of responsibility for his actions was his first step to a better life. I am aware this journey will not be easy but I will go through it with him and proudly continue to stand by his side not because I am his wife but because I know The choice Daniel made does not Define the man that he is. I appreciate your time in reading this and I respectfully ask the courts for Leniency in his sentencing. Through my Faith I believe that God has brought us here for a reason and through treatment Daniel will overcome his addiction and return to society as the Husband, Father and Leader

**3**

he has always been. My one prayer through this situation has been that the courts will see beyond Daniels mistake and see him for the man he really is and have mercy on him and his family just as our Lord has on us. Whatever the Courts decision I respect it, I accept it and I know Daniel will prosper from it.

Sincerely,

michele H. Cavart

FROM DANIEL GRANT COWART:

I am Daniel Grant Cowart, and I was born on October 19, 1979, to William L. Cowart and Jacqueline Brown Cowart.

First off, I would like to apologize to my entire family and friends for the anguish, humiliation, and all of the other intangibles that I have put you through.

Anybody who knows me will tell you that everything that I have ever took part in, I have always attempted to be the best. They will tell you that I would do without before I would let anyone around me do without. I have the biggest heart of anyone that you will ever cross paths with on this wonderful planet which God has given me the opportunity to dwell on.

I would like to take the time now to discuss my work ethic. Growing up I have always taught that in order to survive, I would have to work in order to have nice things and be the man of the family. I took those sound teaching and ran with them.

I worked 7 days a week pretty much my entire life. (As many as 100 hours in a week). I am proud of the fact that I had a job to be able to produce in the work force, and provide for the ones that I love. My thought process is to never have to tell them that they are not able to have something because of the fact that we can't afford it.

Now, enter Meth.

My job is a high stress job, especially when my name is the one that is on that job. We have to work when everyone else is off work. We go into chicken plants, mostly, (processing), complete tasks in a short amount of time, to keep their production going and their products going out the door on schedule.

Naturally, we work extensive hours consecutively in order to complete the job on schedule. I found Methamphetamine to keep me going. At first I only used it now and then. Then there came a time that I would use it every day. There would also be days when I didn't use it at all. I am an addict, nonetheless, and will always be, but I am not your typical addict who has to sleep for days or even weeks at a time once I quit using. I thank the Lord above that I have never had a withdrawal.

I do not use any of this that I have written as an excuse for my actions on June 6, 2018. I take full responsibility for that as I have every time I have been interviewed.

I made a bad choice that day. I have made numerous bad choices in my life. There is no one walking the earth that hasn't. But I also have taken responsibility for those choices. I guess what I am saying is that June 6, 2018, was God's way of intervening and showing me that He could, would and did, stop me.

That day saved my life, my marriage and my relationships with all the people that I love. Sure there was anger, embarrassment, even humiliation involved with it, but they all have stuck by me 100% because they all know the "real" Daniel. He is not a drug dealer. He is not a gun runner. He is a great God-fearing Christian, a great son, father, brother, husband, and person in general.

I have asked myself over the last few months what my life would be like without Meth in it, and I have come to the conclusion that it would be a lot happier. I wouldn't be sitting locked up wondering how much of my daughter's growing up I will miss, or not being able to go and visit my Grandmother who is ready to go be with the Lord, or thinking of never getting to see my mother, father, wife, kids, family or friends as

5

a free man for a long time or perhaps, ever. To all of you I can only that I am sorry and thanks for never giving up on me.

I can't undo my past decisions, but I can learn from them. I was given a chance in 2014 and I made the most of it until late in 2017. I was actually clean from July of 2013 until September of 2017.

During that time I got married to the greatest wife a man could ever ask for. She has seen me at my biggest lows and my greatest highs. Thank you, Michele, for sticking by me. I love you and I am sorry.

Your Honor, I am not asking you to overlook my wrongdoing, I am just asking that you take into consideration that I am an addict who made a terrible choice.

But also know that I can and will be a productive member of society once again in the future. There is a difference now, though. In the past it was just me. Now I have my own family behind me and I refuse to let the addiction keep me from them.

With that being said, I hope you will consider all that I have written down. Thank you for your time and may God be with us all as we prepare for the future.

Sincerely,

Daniel Grant Cowart

*b*



# CIM

### COWART'S INDUSTRIAL MILLWRIGHTS,

DANIEL COWART, OWNER
E-mail  wlc8550@aol.com
706-224-6802



861 WASHINGTON RD.
LEXINGTON, GA  30648

PHONE: 706-743-8550
FAX:  706-743-3365

To Whom It May Concern,

My name is William L. Cowart and I am Daniel Grant Cowart's Father. I live in Lexington, Ga. I started my own company Cowart's Industrial Millwrights, Inc. "dba" CIM IN 1995.Daniel worked beside me over the years and helped me build CIM into a million dollar business. He has many skills, He is a worker, a Leader and a Family man. I am totally aware of Daniel's addiction. I sold CIM to Daniel in 2018 knowing that he has the skills and ability to be that man again. I truly believe given the opportunity Daniel will be a Valuable member of Society. Thank you.

Sincerely,

William L. Cowart

**7**

To Whom It May Concern -

I wish to write on behalf of my son Daniel Grant Cowart - We are facing a rough time but know that God is always in control. Daniel is not a big-time drug dealer - He is an addict and I'm sorry to say that - It breaks my heart to know how drugs affect people. Daniel has always been one of the friendliest people you will ever meet. He also is very helpful to anybody that needs help - pay their rent - pay electricity - even give them a place to stay if necessary. There is no telling how many people he has given groceries - even helped people pay for family members funerals. I wish you people of the Court could know him the way we know him - He is such a vital part of our family. My mother (his grand mother) as well as his father & myself are getting up in years and we would love to be able to spend time with Daniel.

Daniel was a good student in school and he has been a good contributor to society except for the battle he has faced with drugs.

Please be merciful in your decision on his future. His family loves him & we are standing by him.

Thank you
Jackie Cowart
Proud Mother
of
Daniel Cowart
706-340-5270

The Honorable Catherine Eagles

Judge of the United States District Court

Middle District of North Carolina

Dear Judge Eagles,

First thank you for taking the time to read this letter. Thank you for seeing my brother through nonjudgmental eyes. Daniel is a good man with a big heart. Here's Daniel through my eyes…..

Daniel was born October 19, 1979 to Bill and Jackie Cowart. He was Mama and Daddy's "last born, the baby of the family. His grandparents were Jackson and Sue Brown, owners of a BBQ restaurant in Comer Georgia. He has had a loving, supportive and hard working family since the day he was born. Daniel's childhood consisted of days riding dirt roads and fishing with his PawPaw. It was not out of the ordinary to see him riding a dirt bike around the neighborhood or see him sporting a Mohawk. He would often help the elderly with their grass and other outdoor chores. Daniel did not meet a stranger and people automatically took a liking to him. It could have been his brown eyes, sun kissed tan skin, or his contagious smile. I believe people were attracted to Daniel because of his personality and what they saw in him. Daniel was adaptable and compatibile which enabled him to get along with others. He was compassionate and understanding which lead people to want to be his friend. He also was not judgmental which made people feel safe around him. He welcomed everyone into his circle. Daniel still exhibits these character traits to this day.

As he continued to grow up his love for the outdoors increased. He started hunting with our daddy. He and I attended Awanas on Wednesday night and went to Sunday School with our MawMaw. Daniel excelled in the classroom and on the field. He played football, baseball and

9

basketball. He continued to be a people person in school. He had many friends that often came over to do outdoor things with our family. He, like most boys in our community baled hay in the summer time. He graduated high school with honors. Daniel had a blessed childhood.

After high school, Daniel joined the army but a knee injury kept him from completing basic training. This is when he veered off God's path for his life. He got hooked on Meth. I was so mad at him. "What a waste" was my thought many days. My brother was a smart, good-looking guy with so many things going for him. What was he thinking? He put our family through the wringer. He would leave and be gone for days. Meanwhile back at the house, we were worried, wondering if he was ok or even alive. We watched my brother go from surrounding himself with people that would build him up in love and encouragement to people that were living in darkness themselves. We noticed things were "disappearing" from around the house and soon realized that he was stealing from his own family. I watched his teeth and contagious smile disappear. I watched what he put our parents through and got even madder. Our parents worked their fingers to the bone to provide for him. They did not deserve all the worry and disappointment that came with Daniel's addiction. I got over being mad but quickly moved into feeling sorry for my brother. It was sad to see how drugs can take over someone's life.

So I started educating myself of what addiction really is. According to Psychology Today, addiction is a condition in which a person engages in the use of a substance or in a behavior for which the rewarding effects provide a compelling incentive to repeatedly pursue the behavior despite detrimental consequences. The Recovery Village states that "the actions the addict is doing aren't necessarily personal, but instead, they are being driven by their brain's dependence on drugs or alcohol. When someone takes drugs or is an alcoholic, their brain is rewired to view gaining access to that substance as their number one priority. Their brain triggers them to

10

constantly think about getting their next fix, no matter what it takes. That's why addicts will often lie, steal and even become violent with the people closest to them." This was Daniel up one side and down the other. His addiction had taken hold of his life. His focus was on his next fix, no matter the consequences.

My family along with many people in our community were praying for Daniel. I believe these prayers were what got Daniel to admit he had a problem. Thank God for answered prayers.....

Daniel turned his life around. He was the old Daniel, the one that everyone loved and loved to be around. He prospered during the time that he was clean. He had a child, got married and took ownership of our Daddy's business. I truly believe the pressures of life and this business got the best of my good hearted, hard working brother. I believe Daniel felt like he had something to prove to everyone that he disappointed earlier in his life, especially himself. Joyce Meyer stated, "Trying to meet everyone's expectations is like draining the ocean with a spoon." He set himself for failure in trying to meet these expectations. Daniel is a "last-born." Studies conclude that last borns have a higher probability of becoming addicted, mainly because they respond differently in anxiety-evoking situations. Instead of developing strategies that relieve this anxiety, they tend to become even more anxious and use substances as a coping mechanism to escape the situations. I believe Daniel was not equipped nor educated on strategies to help him deal with his stress. He chose Meth again.

Stress is a key risk factor in addiction initiation, maintenance, relapse, and thus treatment failure (Sinha & Jastreboff, 2013). The NIDA, SAMHSA, and the NIH all call addiction disorder or a disease because it changes how the brain responds in situations involving rewards, stress and self-control. The chronic nature of addiction means that relapsing to drug use is not only possible but also likely.

As I write this to you, My family and I have the "drug free" Daniel back. Our family and Daniel's friends are rejoicing. In the Bible, Jesus tells this parable: "Suppose one of you has a hundred sheep and loses one of them. Doesn't he leave the ninety-nine in the open country and go after the lost sheep until he finds it? "And when he finds it, he joyfully puts it on his shoulders and goes home. Then he calls his friends and neighbors together and says, 'Rejoice with me; I have found my lost sheep.' I tell you that in the same way there will be more rejoicing in heaven over one sinner who repents than over ninety-nine righteous persons who do not need to repent. I believe that God went after Daniel (his lost sheep) and found him. He brought Daniel back to him and us. Unfortunately, his journey back took him to jail. On the upside of this, Daniel has reconnected with God, he is back in his word and what a blessing it has been to talk the Bible with him again.

God has already forgiven Daniel of his sins. I am asking you to extend GRACE to him as well. Grace, what does that mean? A. W. Tozer defines it as, "Grace is the good pleasure of God that inclines him to bestow benefits on the undeserving." Charles Stanley says, "Grace is one of God's most amazing gifts. It provides us with everything we need to live in perfect freedom: pardon for our sins, healing for our heart, the companionship of God's indwelling Holy Spirit, and access to freely cultivate our relationship with Him.

I am asking you to prayerfully consider addressing the real problem here, Daniel is an addict. His lapse back to drug use indicates that treatment needs to be reinstated not a lengthy prison stay. Marc Mauer, Executive Director of the Sentencing Project in Washington D.C. wrote an article *titled Long-Term Sentences: Time to Reconsider the Scale of Punishment.* In it, he stated: "A broad range of the public now recognizes that prioritizing punishment over treatment fails to

12

recognize the supply and demand dynamics of the drug trade. By failing to invest adequately in prevention and treatment programming, demand for drugs remains at disturbingly high levels. The way I see it, if you take a drug dealer off the streets, there is one hundred more waiting to take his or her place. I do not believe my brother is a drug dealer. I do not believe my brother is a threat to society. I do not believe that spending the next 17 years in prison will fix him. I do believe that spending the next 17 years in prison just adds to the financial strain of America's prison system. Today you have the opportunity to change that. Addiction is a mental health issue; choose treatment.

Sincerely,

Janice Gunnin, School Counselor

To whom it may concern,

My name is Amanda Cowart, I am the youngest sister of Daniel Cowart as he and I share the same Father. Daniel has been an important part of my life, Growing up as a half siblings is always tough, you always struggle with being accepted by the other side of the family but when it came to acceptance Daniel had no problem. He was the only one that treated me as an equal. He always looked out for me in school and in the real world. As Daniel got older he struggled with addiction, with hanging around the wrong people who had a more than negative impact on his life, and the struggles of getting sober and staying on the right path but as he faced these challenges I was always there to give him support just as he had always given me .Although his challenges seemed to be overwhelming at times Daniel managed to move forward. He was able to get into the Hope house , A Christian based Ministry home for recovering addicts, There he found the Lord and graduated the program with honors . As time went on Daniel was doing great and things were back to normal but a few years later he backslid once again but after serving 5 months he got clean and went on to have a daughter and get Married and eventually after years of dedicated hard work he Bought our Dads company ( Cowart's Industrial Millwrights) where I continued my employment for Daniel just as I had for our Dad. Daniel worked very hard to achieve all the things he wanted in life however in 2018 Daniel had a relapse and although he could have pointed the reason for this at the people he was around (trying to give a second chance to) he never did, He blamed no-one but himself for his mistake. Daniel is not a constant drug user, He is not in trouble on a regular basis ,he is a recovering addict who made a mistake and is ready to pay for that mistake .Daniel is such a productive member of our community ,always using his company to help others even if they can't afford our services (He once built a set of stairs and handrails for an elderly woman's daughter who suffers from autism at no charge to her ).That's the man Daniel Cowart really is . With that being said It is my belief and through my own Faith in the Lord that if given another opportunity Daniel will not relapse again, He will be the same productive person I grew up knowing. I'm Grateful that Daniel himself shares the same Faith in our Lord as I do and we both believe that God has brought him here for a reason . Maybe God has placed Daniel in your path to give him this second chance at a new life. I pray the courts will sentence Daniel with the same Mercy and forgiveness as we ourselves so often seek. Sometimes Rehabilitation is better than Incarceration. A wise man once said "Treat a man as he is and he will remain as he is, Treat a man as he could and should be and he will become the man he could and should be ".

Thank you for your time and consideration,

Amanda Cowart

24-OCTOBER-2019

DEAR MS. EAGLE
My name is JACKIE DAVIS, I LIVE
At 142 Stevens Grove CHURCH RD.
Lexington GEORGIA, 30648
IM Writing you today IN REGARDS
TO DANIEL Grant COWART. HE IS
MARRIED TO MY SISTER MICHELE H. COWART
I Am AWARE OF THE CHARGES THAT
HE HAS AGAINT Him, But MS. EAGLE
I CAN PROMISE You THAT IS NOT
WHO MR. COWART IS. ITS A MISTAKE
THAT MR. COWART MADE, AND HE
IS TRUELLY SORRY. IM NOT MAKING
EXCUSES FOR MR COWART, IM Just
ASKING THAT YOU PLEASE SEE MR. COWART
LIKE WE SEE. HE'S A HARD WORKING
FAMILY MAN THAT PROVIDES FOR HIS
Family. And I Know You KNOW WHEN
A MEMBER OF SOMEONES FAMILY is
SENT AWAY ITS THE FAMILY THAT
HURTS THE MOST. MS. EAGLES I HAVE
KNOWN MR. COWART FOR 20 YEARS
OR MORE AND HE IS ONE OF THE
MOST HARD WORKING, CARING MEN
I KNOW, So IM ASKING THAT YOU
PLEASE KEEP HIS WIFE AND HIS KIDS
AND HIS PARENTS IN MIND AS YOU

15

24-OCT-2019

CONSIDER WHAT MR. COWARTS'
FUTURE MAY HOLD.
IF YOU WERE TO SPEND TIME
WITH MR. COWART YOU WOULD
SEE JUST HOW MUCH OF A WONDERFUL
MAN THAT HE IS.
I WANT TO THANK YOU FOR TAKING
TIME OUT FROM YOUR BUSY SCHEDULE
TO READ MY LETTER.

THANK YOU AND
GOD BLESS YOU.

SINCERLY,
Jackie Davis

16

Dear Sir or Madam,

    I am writing this letter on behalf of my brother-in-law Daniel Cowart. Daniel is a very caring person who will help anyone in need and ask nothing in return. Daniel has a very successful company that he has worked very hard to achieve. Daniel, through his company, he has been given the opportunity to give people who has had some bad luck in life, a second chance to restart their life and it is sad to say but most of us would not be willing to do that for people but he does.

    Daniel married my baby sister a few years ago and she has three children and Daniel has cared for them just like he has for his own daughter. My wife and I do foster care and when you see a man that takes care of another man's children the way Daniel has, that says a lot about what kind of person he is.

    In closing I would just like to say that sometimes when we are in a dark place, we make bad decisions and those decisions do not reflect the true person that we are.

Sincerely,

Keith Hubbard

To whom it may concern,

My name is Emilee Arnold and I'm Daniel Cowarts step daughter. Daniel has been in my life for six years and in those six years he's changed my life and has ultimately made me a better person. Before Daniel came into my life I was going through a hard time, I had lost my older brother and honestly i no longer wanted to live, but once daniel came along he brought so much light into my life andhe ultimately saved it. If it werent for daniel i have no idea where I'd be today. I've known of Daniels addiction since him and my mom married. Of course it's hard to watch someone you love so much go through that but i wholeheartedly believe that if Daniel is given another chance he will make the right decision and he will change his life for the better. I respectfully ask you to consider the man Daniel is and not the mistake he's made when you make your decision.

    Thank you,
      Emilee Arnold

To whom it may concern
I am Isaiah Gage Arnold. I am
the step son of Daniel Cowant
and ever since stepping into
our family daniel has done nothing
short of complete our family.
I was aware of his addiction
but he never let that affect
the person he was. All I ask
is that you judge daniel on the
person he is, not the things he's
done.

To whom it may concern,                                    7-18-19

I've known Daniel Cowart as long as I can remember. He's been a lifelong friend. From our days together in kindergarten, playing baseball and basketball, hunting and fishing, or just hanging out together, we've always had a strong friendship. I've seen him go through ups and downs in our adult years.

Although he's had his share of struggles, I've still witnessed the characteristics in him that make him a good person. Daniel has a charismic personality that draws people to him. Growing up together, I've seen the best in him. Daniel was always quick to help others. There have been countless times he has gone out of his way to help a friend or even stranger in need. He has been there for me whenever I needed a friend. Another thing about Daniel is that he has a big heart. This goes hand in hand with his compassion for helping others.

Daniel has always been one of the smartest persons I've known. He has a lot of common sense. Whether it's fixing a truck, machine, or helping you solve a difficult problem, he's the person I'd call. Not only is he mechanically inclined, he's excelled in academics. I've spent several years in higher education and earned a Specialist Degree in Education. If me and Daniel were to start a course tomorrow, chances are I'd be asking him to explain something to me!

I still believe that Daniel has a lot to offer society. I love Daniel like a brother. Please show mercy and allow him to share his positive characteristics with the world. I've seen his ability to be a productive citizen. He loves people and loves life, and given the opportunity I know he can beat his addiction & overcome.

Sincerely,
Casey Cooper
Casey Cooper

20

7-19-19

To Whom it may concern:

I am a retired school teacher
and mother of three sons and five
grandsons. I have known Daniel
Cowart most of his life — throughout
his school days, and as a childhood
friend of one of my sons. Daniel was a
good student and athlete and just
another one of the boys who played and
eventually graduated together. Although
Daniel has made a few bad choices
as an adult, he has worked hard to
overcome many of those choices.
I remember him as having a
good heart and being a good
friend. He has a family and

and friends who support him and
wish the best for him. I hope
Daniel will be given every chance
possible to prove himself and return
to those who pray for and support him
in his efforts.

Sincerely,

Dennie Cooper

22

To whom it may concern,

My husband and I have came to Know Daniel Cowart personally over the last 4½ years. When we lost our son on 3-15-15. He had a 2 month old daughter. Shortly after his death our grand daughter needed a home. Daniel was quick to open his home to her. She has lived with Daniel and Michelle almost her entire life. Daniel and Michelle has provided a stable home for her. He spends time with her. She loves going fishing with him and riding the four wheeler. He has been a great father figure for her. She tells me how she loves Daniel, and the things they do. We have so much respect for Daniel. We could never thank him enough for the love and Kindness he has given her.

I don't see Daniel as a threat to no one. I see him as someone who is willing to help. I hope that he soon has a chance to show the real man he is.

We all make wrong decisions. We just need the chance to make it right. Which I feel he will and can do.

✱ Tony Bell
Deborah Bell

23

June 17, 2019

TO WHOM IT MAY CONCERN:

It is with a great deal of pleasure and a privilege to write a letter of recommendation for Daniel Cowart.

I was the principal of the elementary school that Daniel attended so I have known Daniel since he was 5 years old. I follow all the students from Comer Elementary as they progress on to middle and high school. I have had the opportunity of observing Daniel from the time he was a child until now as a young man.

When I think of Daniel, two things immediately come to mind. One is his personality. He has an engaging personality and never meets a stranger. He develops relationships with those around him. I have always found Daniel to be cooperative, enthusiastic, with a wonderful sense of humor...always a smile on his face.

The second virtue I have always seen in Daniel is his work ethic. He has a strong work ethic and with whatever task or job, he wants to do it to the best of his ability and wants it done right.

I should also mention that Daniel's family owns and operates an eating establishment in Comer. One that I have frequented for some 43 years. And I know the family well from those many contacts. They are hard working, honest, trust worthy. They value their family, their friends, their faith... and in our community they are known for always doing good and helping others. Daniel and his family remind me of John Wesley's quote..."Do all the good you can, by all the means you can, in all the ways you can, in all the places you can, at all the times you can, to all the people you can, for as long as you can".

I have tremendous respect and admiration for Daniel and the Cowart family. I

should also mention Daniel's sister, Janice Cowart Gunnin. I too watched her growth from an elementary child to her present standing as a teacher in our county school system. Janice is a remarkable teacher, one who always gives heart and soul and hope to the children in her care. I mention this to validate my faith in all members of the Cowart family.

If I can be of help to Daniel and you would like more information, please contact me. It would be my pleasure to tell you of the many fine qualities of this young man.

Regards,

Robert Almond
Retired Principal, Statham Elementary School
Adjunct Professor, University of Georgia
P.O. Box 211
Comer, Georgia 30629
706-540-2238

25



P.O. Box 156 * Gainesville, Georgia 30503 * (770) 503-7954 – Fax: (770) 534-2942

June 28, 2019

RE: Daniel Cowart

Dear Sir/Madam:

I have had the pleasure of working with Daniel Cowart and his father through their family business for approximately twenty years.

Throughout our relationship I have found Daniel to be dependable and trustworthy. There have been several challenging jobs and situations that Daniel and I have worked on together. Daniel was always very amiable and helpful in solving problems that we encountered. He is a talented and hard-working individual and an asset to the industry.

It is my sincere hope that this letter will be taken into consideration on his behalf. Despite the circumstances, I still believe Daniel to be an honorable individual, a valuable member of the community, and a genuinely good person.

Sincerely,

Billy E. Ledford

Billy E. Ledford, President
North Georgia Industrial Services, Inc.

26

Daniel has always been honest and
Straight with me and has a good heart
He has always Try To help people
that need it . I Belive that he is a
good person. with a big heart . He just
made some bad choice as we all do
in life . at some point

Johney M Meadows

My name is Anthony (Tony) Howard. I have known Daniel going on 20 year now. I've grown to know Daniel through his daddy's business, Cowart's Industrial Millwrights.

Daniel and I have worked side by side on numerous jobs and have shared a very good working relationship as well as a personal relationship with each other. Daniel is a very giving individual. He's very talented. When Daniel sets his mind to do something, he always achieves and meets his goals.

Daniel is also an addict. Daniel has made his mistakes in life with his addiction. He recognizes the addiction and knows he has a problem. I feel with prayer and guidance and the proper rehabilitation, Daniel will overcome his addictions.

Too many people in today's society want to cast judgment on others by the shell or cover they walk around in. If people would just peel back the shell or cover of Daniel Cowart, and understand him from within, they would see a totally different human being.

Daniel would give the shirt off of his back to someone if they needed it. I've seen Daniel change people's lives with the kindness and generous gestures he's given to them.

Daniel has also helped me in so many ways. He's a giver, not a taker. David can and will overcome his addiction. He just needs help.

For a man that has given so much in the past and who has helped other in their lives, now he needs our help.

I won't turn my back on Daniel. I ask that nobody else should, either. Daniel is and always will be a productive member of society. He's just going through hard times.

Daniel has made some bad decisions in his life with drugs, but it also brightens my day to know he's recognized his faults and wants to continue and live the rest of his life sober. May God bless Daniel and give him strength to carry on with his life clean and sober.

I'll always be here for you and your family, Daniel Cowart. He's never turned his back on me, so I'll never ever turn my back on them.

Sincerely,

Tony Howard.

28

Heidi Collis
3175 Centerville Rd.
Lexington, GA 30648

October 23, 2019

Re: Daniel Cowart

To Whom It May Concern:

I have known Daniel Cowart for about two
years. I was both troubled and surprised to hear
about his recent case as he has been a rather
solid person. It is for this reason I felt it
necessary to write a letter of reference for
Daniel Cowart regarding this matter. I
understand the seriousness of this matter,
however I hope the court will show some
leniency.

Daniel Cowart is a benevolent employer, an
intelligent individual and a dutiful family-
oriented man. He takes a personal interest in
his employees and when the need arises, he is
ready to provide both financial and
emotional support. His mind holds a library
of knowledge and I have received many
answers and much advice which I found
to be true and sound and extremely
helpful. He was the rock his family

29

stood on and his absence has had a profound
effect on those he loves.

While it is unfortunate that he has made
some bad decisions, I still believe Daniel
Cowart to be a valued member of my
community and a good human being.
Even as Daniel is ready to accept responsibility
for his actions, I do hope that the court
will take my letter into consideration at
the time of sentencing.


Sincerely,
Heidi Collis

10-25-19

Howard Smith
115 Smith Rd.
Carlton, GA 30627

To Whom It May Concern:

I have been a friend of Daniel Cowart's
for twenty years. I was very concerned
when I heard of Daniel's arrest. I
know it is not to be taken lightly,
but it's not in Daniel's character to
put himself in that position. He is a
business man and a family man and
he should have steered clear of
such activity. He's an asset to our
community. He employs many and will
be profoundly missed in our community.

Please take this into consideration.
His family needs him and his community
needs him. We are still in support of
Daniel.

Sincerely,
Howard Smith.

31







